UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 12-22041-CV-MOORE/TORRES

DEBBIE HAMMOND

    Plaintiff,

v.

ROYAL CARIBBEAN CRUISES LTD.,

    Defendants.
_____/

## RE-NOTICE OF MEDIATION

**NOTICE IS HEREBY GIVEN** that a Mediation Conference in the above matter will take place at the time, date and place below.

**DATE:**     **June 16, 2014**

**TIME:**     **2:00 p.m.** (3 Hours Reserved)

**MEDIATOR:**     **Michael P. Essington, Esq.**

**LOCATION:**     Michael P. Essington, P.A.
c/o Stokes McMillan et al
1 Southeast Third Avenue, Suite 1750
Miami, Florida 33131

**SUMMARY:**     The client or a representative of the client with full authority to settle, other than counsel should be present. If insurance is involved, a representative of the insurance company, shall be present with full authority to settle for up to the policy limits or the plaintiff's last demand, whichever is less.

A total of (3) hours have been set aside for this Mediation. If more time is anticipated, please notify the mediator's office immediately. A cancellation fee will be charged if the mediation is cancelled less than two (2) business days prior to the scheduled conference date. Do not assume the other side has notified us of a change or cancellation. Please call, fax or email the mediators' office.

All parties acknowledge the Mediation Conference constitutes a privilege and confidential communication between those present at the mediation

conference as set forth in Chapter 44, Florida Statutes. All parties further acknowledge that the mediator is neutral and may not act as an advocate for any party.

*In accordance with the Americans with Disabilities ACT of 1990, persons needing special accommodation to participate in this proceeding should contact the herein named attorney at Michael P. Essington, P.A. at 1 Southeast Third Avenue, Suite 1750, Miami, FL  33131 Tel.:(305) 347-5678 no later than (7) days prior to the proceedings. (TDD) 1800-955-8771 or 1-800-955-8770 (V) via Florida Relay Service.*

## CERTIFICATE OF SERVICE

THE UNDERSIGNED MEDIATOR HEREBY CERTIFIES that on the 12th day of May, 2014, I electronically filed with the Clerk of this Court using CM/ECF this Notice of Mediation and also to all counsel of record on the attached Service List in the manner specified pursuant to CM/ECF Administrative Procedure.

/s/  *Michael P. Essington*
MICHAEL P. ESSINGTON, ESQ.
Florida Bar No.: 019127
Michael P. Essington, P.A.
1 Southeast Third Avenue, Suite 1750
Miami, Florida 33131
(T)305-347-5678
(F)305-347-5676
(C)305-282-1783
michael.essington@yahoo.com

## Service List

| Tiffany Brown, Esq. | Bryan E. Probst, Esq |
|---|---|
| tbrown@tjbrownlaw.com | bprobst@rccl.com |
| 19821 NW 2nd Ave # 154 | Paul J. Hehir, Esq. |
| Miami, Florida 331693341 | phehir@rccl.com |
| Attorney for Plaintiff | **ROYAL CARIBBEAN CRUISES LTD.** |
| Tel. (954) 543-0852 | 1050 Caribbean Way |
| Fax.  954.416.6663 | Miami, Florida   33132 |
|  | Tel. (305) 982-2956 |
|  | Fax (305) 539-8101 |